UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rafael Guariomex Campos | CHAPTER 13 |
| Debtor | CASE NO.  19-14071 |

## AMENDED MATRIX

Maryoris Campos
1137 E Congress St
Allentown, PA 18109

IRS
Department of Revenue
Andover, MD 01810

Rafael B. Campos
8903 97th St
Woodhaven, NY 11421

Secretary of Housing & Urban Development
451 Seventh Street SW
Washington, DC 20410-8000

Dated: July 9, 2019             /s/Rafael Guariomex Campos
                                Rafael Guariomex Campos
                                Debtor