United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14071-amc
Rafael Guariomex Campos                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS         Page 1 of 2         Date Rcvd: Aug 13, 2019
                            Form ID: 152           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db           +Rafael Guariomex Campos,    1137 E Congress St,    Allentown, PA 18109-3303
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14348322     +Absolute Resolutions VI LLC,    591 Camino de la Reina, #1219,    San Diego, CA 92108-3114
14348578     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14348330     +Credit Acceptance Corp,    PO BOX 513,    Southfield, MI 48037-0513
14348331     +David J. Apothaker, Esquire,    520 Fellowship Road,    Suite C306,    Mount Laurel, NJ 08054-3410
14348332     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14348333     +Hamilton Law Group,    PO BOX 90301,    Allentown, PA 18109-0301
14354591      IRS,    Department of Revenue,    Andover, MD 01810
14348334     +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14354590     +Maryoris Campos,    1137 E Congress St,    Allentown, PA 18109-3303
14348337     +Midland Funding LLC,    320 East Big Beaver,    Troy, MI 48083-1271
14348338     +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14353440     +PNC Bank National Association,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14348341     +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14354592     +Rafael B. Campos,    8903 97th St,    Woodhaven, NY 11421-2725
14348342     +Santander Consumer USA,    PO BOX 961246,    Fort Worth, TX 76161-0246
14352839     +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
14354593      Secretary of Housing & Urban Development,    451 Seventh Street SW,    Washington, DC 20410-8000
14348343     +The Bureaus Inc,    1717 Central Street,    Evanston, IL 60201-1507
14351971     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:15:05
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:23     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14358999      E-mail/Text: bkr@cardworks.com Aug 14 2019 03:14:29     Advanta Bank Corporation,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14348323      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 03:15:57
               Capital One Bank USA NA,    15000 Capital One Dr,    Richmond, VA 23238
14348324     +E-mail/Text: bankruptcy@cavps.com Aug 14 2019 03:15:20     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14348325     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:45     Comenity Bank/A&F,
               PO BOX 182789,    Columbus, OH 43218-2789
14348326     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:45     Comenity Bank/bonton,
               PO BOX 182789,    Columbus, OH 43218-2789
14348327     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:45     Comenity Bank/brylaneho,
               PO BOX 182789,    Columbus, OH 43218-2789
14348328     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:46     Comenity Bank/express,
               PO BOX 182789,    Columbus, OH 43218-2789
14348329     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:46
               Comenity Bank/victoriasecret,    PO BOX 182789,    Columbus, OH 43218-2789
14348335     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2019 03:16:24     LVNV Funding LLC,
               PO BOX 1269,    Greenville, SC 29602-1269
14359335      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2019 03:16:23     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14348336     +E-mail/Text: bkr@cardworks.com Aug 14 2019 03:14:29     Merrick Bank Corp,    PO BOX 9201,
               Old Bethpage, NY 11804-9001
14360993     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 03:15:11     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14348339      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:16:47
               Portfolio Recovery Associates,    120 Corporate Blvd,    Ste 100,    Norfolk, VA 23502
14371277     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2019 03:15:19     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14348912     +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:43     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14349594     +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:43     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Aug 13, 2019
                              Form ID: 152                Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370163*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14348340      ##+Pressler & Pressler, LLp,    804 West Avenue,    Jenkintown, PA 19046-2831
                                                                                          TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Rafael Guariomex Campos
    Debtor(s)

Case No: 19−14071−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/17/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

16
Form 152