UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

   Rafael Guariomex Campos
       Debtor

   Rafael Guariomex Campos

       Movant,

   vs.

   Absolute Resoltions VI, LLC,

       Respondent

CHAPTER 13

NO: 19-14071-AMC

### CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

    I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1.    The Motion to Avoid Lien Pursuant to 11 U.S.C. Section 522(F)(1)(a) was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.    The deadline for response to the Motion was January 30, 2020.

3.    No objections, responses, or requests for hearing on the Application have been received, and as of January 31, 2020 a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

    WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: January 31, 2020                    /s/ *Charles Laputka, Esquire*
                                                   CHARLES LAPUTKA, Esquire
                                                   PA I.D. No. 91984
                                                   1344 West Hamilton Street
                                                   Allentown, PA 18102
                                                   Phone: (610) 477-0155
                                                   Facsimile: (484)350-3581