UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Rafael Guariomex Campos
        Debtor

    Rafael Guariomex Campos

        Movant,

vs.

    Absolute Resoltions VI, LLC,

        Respondent

CHAPTER 13

NO: 19-14071-AMC

## ORDER

Upon the motion of Debtor to avoid an alleged judicial lien (Lehigh County Court of Common Pleas, Docket Number 2015-N-0456) of Absolute Resoltions VI, LLC LLC in Debtor's exempt real property located at 1137 E. Congress Street, Allentown, PA 18109 and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1) and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion is granted by default and the above judicial lien of Absolute Resolutions VI, LLC, if any, in Debtor's real property located at 1137 E. Congress Street, Allentown, PA 18109 is void and unenforceable in its entirety.

IT IS FURTHER ORDERED, that a copy of this Order may be filed of record with the Clerk of Lehigh County at Allentown, Pennsylvania which shall conclusively terminate said judgment and remove the judgment in Case No. 2015-N-0456 as a lien against the real property at 1137 E. Congress Street, Allentown, PA 18109.

IT IS FURTHER ORDERED that, pursuant to Section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT: *[signature]*

**Date: February 13, 2020**

Ashely M. Chan
U.S. Bankruptcy Judge