United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rafael Guariomex Campos  
    Debtor

Case No. 19-14071-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD    Page 1 of 1    Date Rcvd: Feb 13, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db         +Rafael Guariomex Campos,   1137 E Congress St,   Allentown, PA 18109-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
        CHARLES   LAPUTKA    on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        CHARLES   LAPUTKA    on behalf of Plaintiff Rafael Guariomex Campos claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rafael Guariomex Campos

Debtor

Rafael Guariomex Campos

Movant,

vs.

Absolute Resoltions VI, LLC,

Respondent

CHAPTER 13

NO: 19-14071-AMC

## ORDER

Upon the motion of Debtor to avoid an alleged judicial lien (Lehigh County Court of Common Pleas, Docket Number 2015-N-0456) of Absolute Resoltions VI, LLC LLC in Debtor's exempt real property located at 1137 E. Congress Street, Allentown, PA 18109 and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1) and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion is granted by default and the above judicial lien of Absolute Resolutions VI, LLC, if any, in Debtor's real property located at 1137 E. Congress Street, Allentown, PA 18109 is void and unenforceable in its entirety.

IT IS FURTHER ORDERED, that a copy of this Order may be filed of record with the Clerk of Lehigh County at Allentown, Pennsylvania which shall conclusively terminate said judgment and remove the judgment in Case No. 2015-N-0456 as a lien against the real property at 1137 E. Congress Street, Allentown, PA 18109.

IT IS FURTHER ORDERED that, pursuant to Section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: February 13, 2020**

Ashely M. Chan
U.S. Bankruptcy Judge