## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rafael Guariomex Campos<br>                               Debtor(s)<br><br>PNC BANK NATIONAL  ASSOCIATION, its<br>successors and/or assigns<br>                               Movant<br>               vs.<br><br>Rafael Guariomex Campos<br>                               Debtor(s)<br><br>Scott Waterman<br>                               Trustee | CHAPTER 13<br><br><br>NO. 19-14071 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL  ASSOCIATION, which

was filed with the Court on or about **October 28, 2019, docket number 20**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


April 1, 2020