| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14071-PMM

RAFAEL GUARIOMEX CAMPOS
1137 E CONGRESS ST
ALLENTOWN  PA    18109

Petition Filed Date: 06/26/2019
341 Hearing Date: 08/27/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2019 | $530.00 | Automatic Pay | 08/26/2019 | $264.00 | Automatic Pay | 10/15/2019 | $18.00 | |
| 10/23/2019 | $264.00 | | 12/03/2019 | $6.00 | | 12/26/2019 | $264.00 | |
| 12/26/2019 | $795.00 | | 12/30/2019 | $264.00 | | 01/06/2020 | $265.00 | |
| 01/27/2020 | $132.00 | | 01/31/2020 | $132.00 | | 02/25/2020 | $6.00 | |
| 03/09/2020 | $132.00 | | 03/13/2020 | $580.00 | | 04/03/2020 | $580.00 | |
| 04/17/2020 | $1,160.00 | | 06/18/2020 | $1,160.00 | | 07/13/2020 | $580.00 | |

**Total Receipts for the Period: $7,132.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,132.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,132.00 | Current Monthly Payment: | $1,160.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,658.00 |
| Paid to Trustee: | $676.04 | Total Plan Base: | $65,310.00 |
| Funds on Hand: | $6,455.96 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.