*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rafael Guariomex Campos
    Debtor(s)

Case No: 19–14071–pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK NATIONAL ASSOCIATION

    on: 9/17/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/31/20

Timothy B. McGrath
Clerk of Court

44 – 40
Form 167