United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-14071-pmm |
|---|---|
| Rafael Guariomex Campos | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: YvetteWD | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rafael Guariomex Campos, 1137 E Congress St, Allentown, PA 18109-3303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**                     **Email Address**

CHARLES LAPUTKA
                             on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com
                             jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
                             on behalf of Plaintiff Rafael Guariomex Campos claputka@laputkalaw.com
                             jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

KEVIN G. MCDONALD
                             on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                             on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                             ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: YvetteWD | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rafael Guariomex Campos<br>　　　　Debtor | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　Movant<br>vs. | NO. 19-14071 PMM |
| Rafael Guariomex Campos<br>　　　　Debtor | |
| Scott F. Waterman, Esquire<br>　　　　Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,093.42** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 1, 2020 to October 1, 2020 at $1,424.35/month |
| Suspense Balance: | $1,423.97 |
| Certification of Default and Notice of Default Fees: | $250.00 |
| **Total Post-Petition Arrears** | **$3,099.98** |

2. The Debtor shall cure said arrearages in the following manner:

　　a). On or before October 16, 2020, the Debtor shall make a payment in the amount of **$1,939.00**.

　　b) On or before October 31, 2020, the Debtor shall make an additional payment in the amount of $1,160.08 to bring the loan current on post-petition payments.

3. Beginning with the payment due November 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,424.35 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    October 9, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date:_____

Charles Laputka, Esquire
Attorney for Debtor

Date: 10/15/2020

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this **16th** day of **October**, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Patricia M. Mayer