IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RAFAEL GUARIOMEX CAMPOS | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 19-14071-PMM |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| **Moving Party** | ) | 11 U.S.C. 362 |
| v. | ) | |
| | ) | 11 U.S.C. 1301 |
| RAFAEL GUARIOMEX CAMPOS | ) | |
| MARYORIS A. CAMPOS | ) | |
| **Respondent(s)** | ) | HEARING DATE: **11-24-20 at 10:00 AM** |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about December 1, 2020 in the above matter is APPROVED.

Dated: **December 2, 2020**

BY THE COURT:

*/s/ Patricia M. Mayer/*
_____
UNITED STATES BANKRUPTCY JUDGE