United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rafael Guariomex Campos  
    Debtor(s)

Case No. 19-14071-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jan 07, 2021     Form ID: 155     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Guariomex Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14348322 | + | Absolute Resolutions VI LLC, 591 Camino de la Reina, #1219, San Diego, CA 92108-3114 |
| 14381357 | + | Bethlehem Smiles, PC, PO Box 90301, Allentown, PA 18109-0301 |
| 14558126 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14348331 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14348332 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14348333 | + | Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 14354591 | | IRS, Department of Revenue, Andover, MD 01810 |
| 14348334 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14354590 | + | Maryoris Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14348337 | + | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14353440 | + | PNC Bank National Association, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14348341 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14348340 | + | Pressler & Pressler, LLp, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 14354592 | + | Rafael B. Campos, 8903 97th St, Woodhaven, NY 11421-2725 |
| 14348342 | + | Santander Consumer USA, PO BOX 961246, Fort Worth, TX 76161-0246 |
| 14352839 | + | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14348343 | + | The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14358999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 06:44:05 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14383200 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:44:07 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14348323 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 06:38:49 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14557869 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 08 2021 06:11:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, Michigan 48034 |
| 14348324 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2021 06:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14348325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Bank/A&F, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Bank/bonton, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Bank/brylaneho, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Bank/express, PO BOX 182789, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 14348329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Bank/victoriasecret, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348578 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 08 2021 06:11:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14348330 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 08 2021 06:11:00 | Credit Acceptance Corp, PO BOX 513, Southfield, MI 48037-0513 |
| 14348335 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 06:44:10 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 14359335 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 06:38:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14348336 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 06:33:44 | Merrick Bank Corp, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 14360993 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 06:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14348338 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2021 06:11:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14383794 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2021 06:11:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14348339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:44:08 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14382812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:33:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14371277 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 06:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14354593 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 08 2021 06:38:51 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14349594 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:44:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14348912 | | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:38:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14351971 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 08 2021 06:38:51 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14370163 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 07, 2021 | Form ID: 155 | Total Noticed: 43

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

**Name** — **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
on behalf of Plaintiff Rafael Guariomex Campos claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

KEVIN G. MCDONALD
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance ecfmail@mortoncraig.com    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rafael Guariomex Campos
        Debtor(s)

Chapter: 13
Bankruptcy No: 19−14071−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 7th of January 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge ,
                                      United States Bankruptcy Court

66
Form 155