| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14071-PMM

RAFAEL GUARIOMEX CAMPOS  
1137 E CONGRESS ST  
ALLENTOWN  PA    18109

Petition Filed Date: 06/26/2019  
341 Hearing Date: 08/27/2019  
Confirmation Date: 01/07/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $265.00 | | 01/27/2020 | $132.00 | | 01/31/2020 | $132.00 | |
| 02/25/2020 | $6.00 | | 03/09/2020 | $132.00 | | 03/13/2020 | $580.00 | |
| 04/03/2020 | $580.00 | | 04/17/2020 | $1,160.00 | | 06/18/2020 | $1,160.00 | |
| 07/13/2020 | $580.00 | | 08/21/2020 | $1,160.00 | | 09/02/2020 | $990.00 | |
| 11/16/2020 | $1,160.00 | | 12/04/2020 | $1,160.00 | | 04/20/2021 | $6.00 | |
| 04/30/2021 | $805.00 | | | | | | | |

**Total Receipts for the Period: $10,008.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,413.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,110.00 | $0.00 | $3,110.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  01A | Secured Creditors | $277.59 | $21.24 | $256.35 |
| 2 | CREDIT ACCEPTANCE CORP<br>»»  01B | Secured Creditors | $3,936.35 | $392.58 | $3,543.77 |
| 3 | US DEPT OF HUD<br>»»  002 | Unsecured Creditors | $56,722.43 | $0.00 | $56,722.43 |
| 4 | SANTANDER CONSUMER USA<br>»»  003 | Unsecured Creditors | $12,397.10 | $0.00 | $12,397.10 |
| 5 | ADVANTA BANK CORPORATION<br>»»  004 | Unsecured Creditors | $2,568.14 | $0.00 | $2,568.14 |
| 6 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $1,361.99 | $0.00 | $1,361.99 |
| 7 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,648.10 | $0.00 | $1,648.10 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  007 | Unsecured Creditors | $777.95 | $0.00 | $777.95 |
| 9 | CAVALRY INVESTMENTS LLC<br>»»  008 | Unsecured Creditors | $271.05 | $0.00 | $271.05 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  009 | Unsecured Creditors | $832.93 | $0.00 | $832.93 |
| 11 | UNITED STATES TREASURY (IRS)<br>»»  10P | Priority Crediors | $4,953.96 | $4,953.96 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»»  10U | Unsecured Creditors | $375.14 | $0.00 | $375.14 |
| 13 | BETHLEHEM SMILES, PC<br>»»  011 | Unsecured Creditors | $250.99 | $0.00 | $250.99 |

**Chapter 13 Case No. 19-14071-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $984.39 | $0.00 | $984.39 |
| 15 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 013 | Unsecured Creditors | $556.97 | $0.00 | $556.97 |
| 16 | PNC BANK NA<br>»» 14A | Mortgage Arrears | $24,718.86 | $2,465.28 | $22,253.58 |
| 17 | PNC BANK NA<br>»» 14B | Mortgage Arrears | $3,542.20 | $353.28 | $3,188.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,413.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $8,186.34 | Arrearages: | $2,859.00 |
| Paid to Trustee: | $1,110.21 | Total Plan Base: | $45,057.00 |
| Funds on Hand: | $3,116.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.