United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-14071-pmm
Rafael Guariomex Campos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jul 08, 2022      Form ID: 167      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Guariomex Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14348322 | + | Absolute Resolutions VI LLC, 591 Camino de la Reina, #1219, San Diego, CA 92108-3114 |
| 14381357 | + | Bethlehem Smiles, PC, PO Box 90301, Allentown, PA 18109-0301 |
| 14558126 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14348331 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14348333 | + | Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 14354591 | | IRS, Department of Revenue, Andover, MD 01810 |
| 14348334 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14354590 | + | Maryoris Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14353440 | + | PNC Bank National Association, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14348340 | + | Pressler & Pressler, LLp, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 14354592 | + | Rafael B. Campos, 8903 97th St, Woodhaven, NY 11421-2725 |
| 14348342 | + | Santander Consumer USA, PO BOX 961246, Fort Worth, TX 76161-0246 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jul 08 2022 23:43:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14358999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2022 23:50:10 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14383200 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 08 2022 23:50:17 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14348323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2022 23:50:08 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14557869 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 08 2022 23:43:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, Michigan 48034 |
| 14348324 | + | Email/Text: bankruptcy@cavps.com | Jul 08 2022 23:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14348325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/A&F, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/bonton, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/brylaneho, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/express, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2022 23:43:00 | Comenity Bank/victoriasecret, PO BOX 182789, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 14348578 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 08 2022 23:43:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14348330 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 08 2022 23:43:00 | Credit Acceptance Corp, PO BOX 513, Southfield, MI 48037-0513 |
| 14348332 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 08 2022 23:50:08 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14348335 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 23:50:13 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 14359335 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 23:50:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14348336 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2022 23:50:09 | Merrick Bank Corp, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 14348337 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 23:43:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14360993 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 23:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14348338 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2022 23:43:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14383794 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2022 23:43:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14348339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2022 23:50:16 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14382812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2022 23:50:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14348341 | | Email/Text: signed.order@pfwattorneys.com | Jul 08 2022 23:43:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14371277 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2022 23:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14352839 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2022 23:43:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14354593 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 08 2022 23:50:12 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14349594 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2022 23:50:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14348912 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2022 23:50:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14348343 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 08 2022 23:50:16 | The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |
| 14351971 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 08 2022 23:50:12 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason  Name and Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 08, 2022 | Form ID: 167 | Total Noticed: 44 |

| | | |
|---|---|---|
| cr | *+ | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14370163 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Rafael Guariomex Campos claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rafael Guariomex Campos
    Debtor(s)

Case No: 19−14071−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor PNC BANK NATIONAL ASSOCIATION.

    on: 7/28/22

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  7/8/22

Timothy B. McGrath
Clerk of Court

88 − 85
Form 167