| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14071-PMM

RAFAEL GUARIOMEX CAMPOS  
1137 E CONGRESS ST  
ALLENTOWN  PA   18109

Petition Filed Date: 06/26/2019  
341 Hearing Date: 08/27/2019  
Confirmation Date: 01/07/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $6.00 | | 04/30/2021 | $805.00 | | 06/14/2021 | $6.00 | |
| 06/28/2021 | $805.00 | | 07/19/2021 | $1,610.00 | | 08/27/2021 | $453.00 | |
| 09/01/2021 | $805.00 | | 10/05/2021 | $805.00 | | 10/18/2021 | $805.00 | |
| 11/22/2021 | $1,450.00 | | 11/29/2021 | $145.00 | | 03/04/2022 | $3,210.00 | |
| 04/04/2022 | $805.00 | | | | | | | |

**Total Receipts for the Period:  $11,710.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,312.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,110.00 | $0.00 | $3,110.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 01A | Secured Creditors | $277.59 | $106.44 | $171.15 |
| 2 | CREDIT ACCEPTANCE CORP »» 01B | Secured Creditors | $3,936.35 | $1,599.06 | $2,337.29 |
| 3 | US DEPT OF HUD »» 002 | Unsecured Creditors | $56,722.43 | $0.00 | $56,722.43 |
| 4 | SANTANDER CONSUMER USA »» 003 | Unsecured Creditors | $12,397.10 | $0.00 | $12,397.10 |
| 5 | ADVANTA BANK CORPORATION »» 004 | Unsecured Creditors | $2,568.14 | $0.00 | $2,568.14 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $1,361.99 | $0.00 | $1,361.99 |
| 7 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,648.10 | $0.00 | $1,648.10 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $777.95 | $0.00 | $777.95 |
| 9 | CAVALRY SPV INVESTMENTS LLC »» 008 | Unsecured Creditors | $271.05 | $0.00 | $271.05 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $832.93 | $0.00 | $832.93 |
| 11 | UNITED STATES TREASURY (IRS) »» 10P | Priority Crediors | $4,953.96 | $4,953.96 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 10U | Unsecured Creditors | $375.14 | $0.00 | $375.14 |
| 13 | BETHLEHEM SMILES, PC »» 011 | Unsecured Creditors | $250.99 | $0.00 | $250.99 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $984.39 | $0.00 | $984.39 |

**Chapter 13 Case No. 19-14071-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 013 | Unsecured Creditors | $556.97 | $0.00 | $556.97 |
| 16 | PNC BANK NA<br>»» 14A | Mortgage Arrears | $24,718.86 | $10,041.55 | $14,677.31 |
| 17 | PNC BANK NA<br>»» 14B | Mortgage Arrears | $3,542.20 | $1,438.95 | $2,103.25 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,312.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $18,139.96 | Arrearages: | $3,230.00 |
| Paid to Trustee: | $2,055.71 | Total Plan Base: | $45,057.00 |
| Funds on Hand: | $3,116.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.