*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rafael Guariomex Campos
    Debtor(s)

Case No: 19–14071–pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK NATIONAL ASSOCIATION Filed by Rafael Guariomex Campos

    on: 3/14/24

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 2/21/24

For The Court

Timothy B. McGrath
Clerk of Court

116 – 115
Form 167