United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-14071-pmm
Rafael Guariomex Campos Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Feb 21, 2024     Form ID: 167     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Guariomex Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14348322 | + | Absolute Resolutions VI LLC, 591 Camino de la Reina, #1219, San Diego, CA 92108-3114 |
| 14381357 | + | Bethlehem Smiles, PC, PO Box 90301, Allentown, PA 18109-0301 |
| 14558126 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14348331 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14348333 | + | Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 14354591 | | IRS, Department of Revenue, Andover, MD 01810 |
| 14354590 | + | Maryoris Campos, 1137 E Congress St, Allentown, PA 18109-3303 |
| 14353440 | + | PNC Bank National Association, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14348340 | + | Pressler & Pressler, LLp, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 14354592 | + | Rafael B. Campos, 8903 97th St, Woodhaven, NY 11421-2725 |
| 14348342 | + | Santander Consumer USA, PO BOX 961246, Fort Worth, TX 76161-0246 |
| 14348912 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 22 2024 00:51:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Feb 22 2024 00:51:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14358999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 22 2024 00:55:14 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14806788 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 22 2024 00:51:00 | Bureau Investment Group, Portfolio No. 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14383200 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 01:08:28 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14348323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2024 00:55:26 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14557869 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 22 2024 00:51:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, Michigan 48034 |
| 14348324 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2024 00:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14348325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2024 00:51:00 | Comenity Bank/A&F, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2024 00:51:00 | Comenity Bank/bonton, PO BOX 182789, |

Case 19-14071-pmm   Doc 117   Filed 02/23/24   Entered 02/24/24 00:36:52   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 167 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14348327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 22 2024 00:51:00 | | Comenity Bank/brylaneho, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 22 2024 00:51:00 | | Comenity Bank/express, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 22 2024 00:51:00 | | Comenity Bank/victoriasecret, PO BOX 182789, Columbus, OH 43218-2789 |
| 14348578 | + | Email/Text: ebnnotifications@creditacceptance.com Feb 22 2024 00:51:00 | | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14348330 | + | Email/Text: ebnnotifications@creditacceptance.com Feb 22 2024 00:51:00 | | Credit Acceptance Corp, PO BOX 513, Southfield, MI 48037-0513 |
| 14348332 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Feb 22 2024 01:08:28 | | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14348334 | ^ | MEBN Feb 22 2024 00:50:33 | | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14348335 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 22 2024 00:55:26 | | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 14359335 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 22 2024 01:08:20 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14348336 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2024 00:55:02 | | Merrick Bank Corp, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 14850164 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 22 2024 00:51:00 | | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14348337 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 22 2024 00:51:00 | | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14360993 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 22 2024 00:51:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14348338 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 22 2024 00:51:00 | | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14383794 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 22 2024 00:51:00 | | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14348339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2024 00:55:26 | | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14382812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2024 00:55:16 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14348341 | | Email/Text: signed.order@pfwattorneys.com Feb 22 2024 00:51:00 | | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14371277 | + | Email/Text: JCAP_BNC_Notices@jcap.com Feb 22 2024 00:51:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14352839 | + | Email/Text: enotifications@santanderconsumerusa.com Feb 22 2024 00:51:00 | | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14354593 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Feb 22 2024 01:08:28 | | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14349594 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2024 01:08:28 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14348343 | + | Email/Text: bnc-thebureaus@quantum3group.com Feb 22 2024 00:51:00 | | The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |
| 14351971 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Feb 22 2024 01:08:28 | | U.S. Department of Housing and Urban |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 21, 2024 | Form ID: 167 | Total Noticed: 47 |

Development, 451 7th Street S.W., Washington, DC 20410-0002

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14370163 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Rafael Guariomex Campos claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Rafael Guariomex Campos claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rafael Guariomex Campos
    Debtor(s)                        Case No: 19−14071−pmm
                                         Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK NATIONAL ASSOCIATION Filed by Rafael Guariomex Campos

    on: 3/14/24

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 2/21/24

For The Court

Timothy B. McGrath
Clerk of Court

116 − 115
Form 167