# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rafael Guariomex Campos<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br>　　vs.<br>Rafael Guariomex Campos<br>　　　　　　　　　　Debtor(s) | NO. 19-14071 PMM |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __11th__ day of __April__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge