| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-14071-PMM

| | |
|---|---|
| RAFAEL GUARIOMEX CAMPOS | Petition Filed Date: 06/26/2019 |
| 1137 E CONGRESS ST | 341 Hearing Date: 08/27/2019 |
| ALLENTOWN  PA    18109 | Confirmation Date: 01/07/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $805.00 | | 10/16/2023 | $805.00 | | 11/06/2023 | $805.00 | |
| 01/02/2024 | $805.00 | | 03/07/2024 | $1,610.00 | | 03/13/2024 | $1,610.00 | |
| 03/14/2024 | $805.00 | | 07/31/2024 | $1,610.00 | | | | |

**Total Receipts for the Period:  $8,855.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $43,457.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  01A | Secured Creditors | $256.93 | $256.93 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»»  01B | Secured Creditors | $3,641.98 | $3,641.98 | $0.00 |
| 3 | US DEPT OF HUD<br>»»  002 | Unsecured Creditors | $56,722.43 | $0.00 | $56,722.43 |
| 4 | SANTANDER CONSUMER USA INC<br>»»  003 | Unsecured Creditors | $12,397.10 | $0.00 | $12,397.10 |
| 5 | ADVANTA BANK CORPORATION<br>»»  004 | Unsecured Creditors | $2,568.14 | $0.00 | $2,568.14 |
| 6 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $1,361.99 | $0.00 | $1,361.99 |
| 7 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,648.10 | $0.00 | $1,648.10 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  007 | Unsecured Creditors | $664.45 | $0.00 | $664.45 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»»  008 | Unsecured Creditors | $271.05 | $0.00 | $271.05 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  009 | Unsecured Creditors | $832.93 | $0.00 | $832.93 |
| 11 | UNITED STATES TREASURY (IRS)<br>»»  10P | Priority Crediors | $4,953.96 | $4,953.96 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»»  10U | Unsecured Creditors | $375.14 | $0.00 | $375.14 |
| 13 | BETHLEHEM SMILES, PC<br>»»  011 | Unsecured Creditors | $250.99 | $0.00 | $250.99 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $984.39 | $0.00 | $984.39 |

**Chapter 13 Case No. 19-14071-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  013 | Unsecured Creditors | $556.97 | $0.00 | $556.97 |
| 16 | PNC BANK NA<br>»»  14A | Mortgage Arrears | $24,718.86 | $24,148.94 | $569.92 |
| 17 | PNC BANK NA<br>»»  14B | Mortgage Arrears | $3,542.20 | $3,460.53 | $81.67 |
| 19 | COMENITY BANK/A&F | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMENITY BANK/BONTON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK/LANE BRYANT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK/EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | HAMILTON LAW GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | MERRICK BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | RAFAEL B. CAMPOS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | ABSOLUTE RESOLUTIONS VI, LLC<br>»»  015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,457.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $39,572.34 | Arrearages: | $1,600.00 |
| Paid to Trustee: | $3,884.66 | Total Plan Base: | $45,057.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.