Certificate Number: 17082-PAE-DE-038829101

Bankruptcy Case Number: 19-14071



17082-PAE-DE-038829101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2024, at 8:42 o'clock AM MST, RAFAEL CAMPOS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 3, 2024            By:   /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title:  Executive Director