**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Rafael Guariomex Campos**,** | No: 19-14071 |
| **Debtor** | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

I, Charles Laputka, Esquire, hereby state that the Debtor, Rafael Guariomex Campos' new address is:

3491 SW 42nd St, Apt#103
Ocala Florida 34471

Date: <u>November 5, 2024</u>　　　　　　　　　　　Laputka Law Office, LLC

<u>/s/ Charles Laputka, Esquire</u>
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102